1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    GEORGE BOUTROS,                          No.  2:19-CV-1080-JAM-DMC

12                    Plaintiff,

13          v.                                  <u>ORDER</u>

14    CORY HONY, et al.,

15                    Defendants.

16    _____

17                    Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18    court is plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis.  Plaintiff's motion

19    is incomplete.  Specifically, plaintiff does not answer all questions presented, such as sources of

20    other income.  Plaintiff will be provided the opportunity to submit either a completed application

21    to proceed in forma pauperis or pay the appropriate filing fee.  Plaintiff is warned that failure to

22    comply with this order may result in the dismissal of this action for lack of prosecution and

23    failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

24                    Accordingly, IT IS HEREBY ORDERED that:

25                    1.       Plaintiff shall submit on the form provided by the Clerk of the Court,

26    within 30 days from the date of this order, a complete application for leave to proceed in forma

27    pauperis or pay the appropriate filing fee; and

28    / / /

2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis.

Dated: June 17, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE