# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE BOUTROS,

    Plaintiff,

    v.

CORY HONY, et al.,

    Defendants.

No. 2:19-CV-1080-JAM-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. On July 17, 2019, plaintiff requested entry of defendants' defaults. See ECF No. 6. The Clerk of the Court declined to enter defendants' defaults, see ECF No. 7, and plaintiff has appealed, see ECF No. 11. The appeal has been processed to the Ninth Circuit Court of Appeals. See ECF No. 12. Good cause appearing therefor, the hearings set for September 11, 2019, on defendants' motion to dismiss and motion to strike, and October 30, 2019, for a scheduling conference, both at 10:00 a.m., before the undersigned in Redding, California, are VACATED pending resolution of plaintiff's appeal. Plaintiff has appealed the Clerk of the Court's order declining to enter defendants' defaults.

    IT IS SO ORDERED.

Dated: August 22, 2019

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE