# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BOUTROS,<br><br>    Plaintiff,<br><br>    v.<br><br>CORY HONY, et al.,<br><br>    Defendants. | No. 2:19-CV-1080-JAM-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court are: (1) plaintiff's first amended complaint (ECF No. 33); and (2) defendants' motion to dismiss plaintiff's first amended complaint (ECF No. 35). Defendants' motion to dismiss plaintiff's first amended complaint is set for hearing before the undersigned on January 15, 2020.

        On November 22, 2019, the court issued findings and recommendations after hearing arguments two days prior on defendants' motion to dismiss plaintiff's original complaint. See ECF No. 32 (findings and recommendations). Therein, the court recommended that defendants' motion to dismiss be granted and that plaintiff's original complaint be dismissed with leave to amend. See id. The findings and recommendations permitted the parties to file objections within 14 days. See id. at 7.

/ / /

1

| | |
|---|---|
| 1 | On November 22, 2019 – the same day the findings and recommendations were |
| 2 | issued – plaintiff filed a first amended complaint.  See ECF No. 33.  Thereafter, on December |
| 3 | 2, 2019, plaintiff also filed objections to the court's November 22, 2019, findings and |
| 4 | recommendations.  Defendants have noticed a motion to dismiss plaintiff's first amended |
| 5 | complaint for hearing before the undersigned on January 15, 2020.  See ECF No. 35. |
| 6 | The Federal Rules of Civil Procedure provide that a party may amend his or her |
| 7 | pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is |
| 8 | one to which a responsive pleading is required, within 21 days after service of the responsive |
| 9 | pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule |
| 10 | 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all |
| 11 | other situations, a party's pleadings may only be amended upon leave of court or stipulation of all |
| 12 | the parties.  See Fed. R. Civ. P. 15(a)(2). |
| 13 | Here, plaintiff's first amended complaint cannot be considered filed as of right |
| 14 | under Rule 15(a)(1)(A) or (B) because it was not filed within 21 days after service of the original |
| 15 | complaint or within 21 days of service of defendants' motion to dismiss the original complaint. |
| 16 | Thus, plaintiff is required to obtain leave of court to file a first amended complaint and such leave |
| 17 | has not been granted.  While the court has recommended that plaintiff be permitted to file a first |
| 18 | amended complaint, the court's findings and recommendations have not yet been adopted by the |
| 19 | District Judge as the court's final ruling on defendants' motion to dismiss the original complaint. |
| 20 | For these reasons, plaintiff's first amended complaint has been filed prematurely |
| 21 | and without leave of court and, as such, will be stricken.  Likewise, defendants' motion to dismiss |
| 22 | the improperly-filed first amended complaint will also be stricken and the January 15, 2020, |
| 23 | hearing will be vacated from the court's calendar. |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint (ECF No. 33) is stricken;

2. Defendants' motion to dismiss plaintiff's first amended complaint (ECF No. 35) is stricken;

3. The hearing on defendants' motion to dismiss plaintiff's first amended complaint, set for January 15, 2020, before the undersigned in Redding, California, is vacated; and

4. The Clerk of the Court is directed to terminate ECF No. 35 as a pending motion.

Dated: December 10, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE