# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BOUTROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORY HONY, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-1080-JAM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On November 22, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 22, 2019, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 24) is granted;

3. Plaintiff's motion for injunctive relief (ECF No. 8) is denied;

4. Defendants' motion to strike (ECF No. 23) is denied as moot;

5. Plaintiff's complaint is dismissed; and

6. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

DATED: January 23, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE