**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE BOUTROS,<br><br>             Plaintiff,<br><br>       v.<br><br>CORY HONY, et al.,<br><br>             Defendants. | No.  2:19-CV-1080-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for February 10, 2021, before the undersigned in Redding, California, on Defendants' motion to dismiss is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: January 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1