IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BOUTROS,<br><br>    Plaintiff,<br><br>  v.<br><br>CORY HONY, et al.,<br><br>    Defendants. | No. 2:19-CV-1080-JAM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for September 29, 2021, at 9:00 a.m., before the undersigned in Redding, California, on Plaintiff's motion to recuse, ECF No. 66, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: September 8, 2021

                                             DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE